IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JANICE STEWART, INDIVIDUALLY, AND AS AMIN. OF THE ESTATE OF BRUCE NORRIS, DECEASED, *Plaintiff* <br><br> v. <br><br> COMMONWEALTH OF PENNSYLVANIA et al., *Defendants* | CIVIL ACTION <br><br> NO. 23-295 |
|---|---|

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

**AND NOW**, on this 4th day of January, 2024, after reviewing briefing from both parties and holding oral argument, this Court **ORDERS**:

1) Defendants' Motion to Dismiss is **GRANTED**.

2) Counts I, II, III, IV, and V are **DISMISSED**.

3) Count VI is **DISMISSED** with respect to Defendants Wolf, Fetterman, and Flood.

4) Count VI will proceed to discovery against Defendant Commonwealth of Pennsylvania.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 23\23-295 Steward v Commw of PA\23cv295 Order Granting MTD.docx